396 A.2d 63

Richardson v. Roberts, Appellant.

Morris v. Roberts, Appellant et al.

Submitted March

29, 1978. Frank M. Jakobowski, for appellant; Joseph Litt, for appellee, Richardson, at No. 1942; Charles Kovler, for appellee, Richardson, at No. 1943; Richard C. Ferroni, for appellee, Morris, at No. 1943.

Judgment affirmed.

HESTER, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.